UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Terry Dodd
                    Plaintiff,

v.                                    Case No.: 1:11−cv−07336
                                                    Honorable Edmond E. Chang

South Star Service, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2012:

      MINUTE entry before Honorable Edmond E. Chang: When the case was called for status hearing on 02/22/12, a family relative of Plaintiff Dodd appeared. The Court explained the deficiencies in the current complaint, and also informed the relative that a dismissal order was in the Clerk's Office for processing and would issue shortly. Plaintiff may file, however, a motion to reconsider the dismissal if he is able to sufficiently allege a comprehensible and non−frivolous claim. Plaintiff should consult Federal Rule of Civil Procedure 59 to determine the time deadlines for filing a motion to reconsider. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.